PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 6 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Louis Andrew Duke

Docket No. 1:02-CR-618

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW L. Michelle Eubanks PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Louis Andrew Duke who was placed on supervision for the offense of Use of Interstate Commerce to Entice a Minor (ct.1); Attempt to Commit Crininal Sexual Abuse of a Minor unde the age of 18 (ct.2), 18 USC 2422(b) and 18 USC 2423(b), by the Honorable G. Ernest Tidwell sitting in the court at Atlanta, on the 4th day of April, 2003 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer and actively participate in sex offender evaluation and treatment program approved by probation and shall:
1. Register as a sex offender.
2. Have no private and/or unsupervised contact with a child under the age of 18.
3. Not possess any sexually oriented material or pornography.
4. Comply with all conditions of th sex offender compliance contract.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has continued to fail to actively participate at an appropriate level in sex offender treatment. The defendant also has continued to obtain and view pornography and other sexually explicit material in violation of the sex offender compliance contract. The defendant was also grooming his pastor's daughter and continues to fantasize about sexual contact with her. At this time a modification to include 270 days at the halfway house will provide more structure and monitoring since the defendant refuses to address his high risk behaviors appropriately. The defendant has signed the attached Wavier of Hearing to Modify conditions form.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to include 9 months (270 days) at Dismas Chartities, Inc. and require the defendant to abide by the rules of this facility.

ORDER OF COURT

Considered and ordered this 26 day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable G. Ernest Tidwell
Senior U. S. District Court Judge

Respectfully,

_____
L. Michelle Eubanks
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   March 21, 2008

_____
Leigh A. Knight
Supervising U. S. Probation Officer