PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

for

NOV 2 5 2008

## NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

U. S. A. vs. Louis Andrew Duke

Docket No. 1:02-CR-618

### PETITION AND ORDER TO AMEND CONDITIONS OF SUPERVISED RELEASE

COMES NOW L. Michelle Eubanks PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Louis Andrew Duke who was placed on supervision for the offense of Use of Interstate Commerce to Entice a Minor (ct.1); Attempt to Commit Criminal Sexual Abuse of a Minor under the age of 18 (ct.2); 18 USC 2422(b) and 18 USC 2423(b), , by the Honorable G. Ernest Tidwell sitting in the court at Atlanta, on the 4th day of April, 2003 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Register as a sex offender.
2. Have no private and/or unsupervised contact with a child under the age of 18.
3. Not possess any sexually oriented material or pornograhy.
4. Comply with all conditions of the sex offender compliance contract.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On March 26, 2008, Your Honor agreed to modify conditions of supervised release of the defendant to include nine months at the halfway house. The defendant has demonstrated a positive adjustment and has made an excellent improvement in sex offender treatment. This officer requests that the defendant be released early from his term at the halfway house and be released effective immediately.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to release the defendant early from his term of nine months at the halfway house and that this be effective immediately.

ORDER OF COURT

Considered and ordered this 26 day of Nov, 08 and ordered filed and made a part of the records in the above case.

Honorable G. Ernest Tidwell
Senior U. S. District Court Judge

Respectfully,

L. Michelle Eubanks
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: November 19, 2008

Leigh A. Knight
Supervising U. S. Probation Officer