PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 19 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Louis Andrew Duke

Docket No. 1:02-CR-618

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW L. Michelle Eubanks PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Louis Andrew Duke who was placed on supervision for the offense of Use of Interstate Commerce to Entice a Minor (ct. 1); Attempt to Commit Criminal Sexual Abuse of a Minor under the age of 18 (ct.2); 18 USC 2422(b) and 18 USC 2423(b), , by the Honorable G. Ernest Tidwell sitting in the court at Atlanta, on the 4th day of April, 2003 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Register as a sex offender.
2. Have no private and/or unsupervised contact with a child under the age of 18.
3. Not possess any sexually oriented material or pornograhy.
4. Comply with all conditions of the sex offender compliance contract.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Special Condition**:   The defendant has violated the special conditions of the sex offender compliance contract by failing to avoid high risk situations, possessing inappropriate photos of minors, having an internet connection on his cell phone and basically being irresponsible and noncompliant with his participation in sex offender treatment.

PRAYING THAT THE COURT WILL ORDER Louis Andrew Duke to appear before the Court on March 24, 2009 at 11:00 a.m., as directed to show cause why Supervised Release should not be revoked.


ORDER OF COURT

Considered and ordered this ___19th___ day of
___Feb___, 2009

and ordered filed and made a part of the records in the above case.

_____
Honorable G. Ernest Tidwell
Senior U. S. District Court Judge

Respectfully,

_____
L. Michelle Eubanks
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   February 19, 2009

_____
Leigh A. Knight
Supervising U. S. Probation Officer