**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 5 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 1:02-cr-618-GET

LOUIS ANDREW DUKE

## ORDER REVOKING SUPERVISED RELEASE - JUDGMENT AND COMMITMENT

On this 15th day of September, 2009, came the attorney for the government and the defendant appeared in person and with counsel, Robert H Citronberg.

A Probation Officer of this court having moved the court to revoke the Supervised Release heretofore granted the defendant on April 4, 2003, for the period of THIRTY SIX (36) MONTHS. The defendant having admitted that he violated his Supervised Release, and the Court having found that the defendant violated the terms and conditions of his Supervised Release, it is

ORDERED BY THE COURT that the said Supervised Release be, and the same hereby is revoked, and

IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons or their authorized representative for imprisonment for a period of ONE (1) DAY with TWENTY-FOUR (24) MONTHS of supervised release under same conditions to follow.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

DATED: September 15, 2009

_____
G. Ernest Tidwell
U.S. District Court Judge

Filed in Clerk's Office
    September 15, 2009
JAMES N. HATTEN, CLERK
    BY: _____
        Deputy Clerk